DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DOUGIE GLIDDEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0363

————————————————

June 24, 2026

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Rachael E. Reese of Rachael Reese, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

　　Affirmed.

SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.